448 A.2d 1187

Commonwealth v. Laguardia, Appellant.

Argued April 26, 1982. James K. O'Malley, for appellant; Daniel Kahle, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.